Order entered November 20, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00963-CR

**CHRISTOPHER ARIC RADKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F96-02380-UN**

## ORDER

The Court **DENIES** appellant's November 5, 2013 motion to supplement the record and hold briefing schedule in abeyance because (1) appellant's motion for DNA testing and supporting documentation filed October 19, 2011 is contained in the clerk's record that was filed on October 3, 2013, beginning on page 64; and (2) this Court's order directing the District Clerk to transfer records to this case issued on August 2, 2013 is already a part of this Court's record, and appellant does not explain why this order needs to be in the clerk's record.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/      LANA MYERS
        JUSTICE